ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
MATTHEW G. ELTRINGHAM
Assistant U.S. Attorney
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Email: matthew.eltringham@usdoj.gov
Attorneys for Plaintiff

___FILED___ ___LODGED___
___RECEIVED___COPY

2012 FEB -1 P 1: ⌐⌐

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CR12- 259 TUC

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>Martin Alejandro Luquin-Estavillo,<br>Ricardo Zavala,<br>Julia Zavala,<br>Jovva Jizel Juarez-Sanchez,<br>a.k.a. Jowanna Gisel Juarez,<br><br>　　　　　Defendant. | **INDICTMENT**<br><br>Violations: 18 USC §371(a)(2)<br>　　　18 USC §1791(a)(2),(d)(1)(C),<br>　　　and (D), and (b)(1) and (4)<br>　　　18 USC § 1791(a)(1),<br>　　　(d)(1)(C), and (D),and<br>　　　(b)(1)and (4)<br><br>(Conspiracy; Possession of Contraband in Prison and Providing Contraband in Prison)<br><br>**UNDER SEAL** |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

From a date unknown, and from the 12th of March, 2011, through the 30th day of April 2011, at or near Safford in the District of Arizona, the Defendants, **Ricardo Zavala, Martin Alejandro Luquin-Estavillo, Julia Zavala,** and **Jovva Jizel Juarez-Sanchez a.k.a. Jowanna Gisel Juarez** did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to cause inmates at the United States Penitentiary, Safford, Arizona to possess and obtain and attempt to possess and obtain a prohibited object, to wit: 5 balloons containing crystal methamphetamine, a Schedule II controlled substance, with a total weight of approximately 8.8 grams, and 5 balloons containing approximately

100 pills containing Oxandrolone, an anabolic steroid, a Schedule III controlled substance in violation of Title 18 United States Code, Section 1791(a)(2), (d)(1)(C), (D) and (b)(1) and (4).

All in violation of Title 18 United States Code, Section 371.

## COUNT 2

On or about the 30th day of April, 2011, at or near Safford in the District of Arizona, the Defendant, **Ricardo Zavala**, an inmate in the United States Penitentiary, Safford, Arizona, a prison in which he was held in custody by the direction of the Attorney General, possessed contraband in prison, that is a prohibited object, to wit: 5 balloons containing crystal methamphetamine, a Schedule II controlled substance, with a total weight of approximately 8.8 grams, and 5 balloons containing approximately 100 pills containing Oxandrolone, an anabolic steroid, a Schedule III controlled substance in violation of Title 18 United States Code, Section 1791(a)(2), (d)(1)(C), (D) and (b)(1) and (4).

## COUNT 3

On or about the 30th day of April 2011, at or near Safford in the District of Arizona, the Defendant, **Martin Alejandro Luquin-Estavillo**, an inmate in the United States Penitentiary, Stafford, Arizona, a prison in which he was held in custody by the direction of the Attorney General, possessed contraband in prison, that is a prohibited object, to wit: 5 balloons containing approximately 100 pills containing Oxandrolone, an anabolic steroid, a Schedule III controlled substance in violation of Title 18 United States Code, Section 1791(a)(2), (d)(1)(D) and (b)(4).

## COUNT 4

On or about the 30th day of April, 2011, at or near Safford in the District of Arizona, the Defendant, **Julia Zavala**, a visitor to the United States Penitentiary, Safford, Arizona, a prison, in violation of statue, rule or order issued under statute provided contraband to an inmate, **Ricardo Zavala**, while he is in prison, that is a prohibited object, to wit: 5 balloons containing crystal methamphetamine, a Schedule II controlled substance, with a total weight of approximately 8.8 grams, and 5 balloons containing approximately 100 pills containing

Oxandrolone, an anabolic steroid, a Schedule III controlled substance in violation of Title 18 United States Code, Section 1791(a)(1), (d)(1)(C), (D) and (b)(1) and (4).

## COUNT 5

On or about the 30th day of April 2011, at or near Safford in the District of Arizona, the Defendant, **Jovva Jizel Juarez-Sanchez a.k.a. Jowanna Gisel Juarez**, a visitor to the United States Penitentiary, Safford, Arizona, a prison, in violation of statue, rule or order issued under statute provided contraband to an inmate, **Martin Alejandro Luquin-Estavillo**, while he is in prison, that is a prohibited object, to wit: 5 balloons containing approximately 100 pills containing Oxandrolone, an anabolic steroid, a Schedule III controlled substance in violation of Title 18 United States Code, Section 1791(a)(1), (d)(1)(D) and (b)(4).

A TRUE BILL

/S/
Presiding Juror

ANNE BIRMINGHAM SCHEEL
United States Attorney
District of Arizona

FEB 0 1 2012

/S/

Assistant U.S. Attorney

*United States v. Ricardo Zavala, et al*
*Indictment page 3 of 3*

3